WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
tredmon@wilkefleury.com
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for Plaintiff
WEST SALEM MACHINERY CO., INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nevada Railroad Materials, LLC, a California limited liability company; Nevada Railroad Materials, Inc., a Nevada corporation (herein jointly known as "NRM"),<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>West Salem Machinery Co., Inc. (herein known as "WSM"),<br><br>　　　　　Defendant. | No.  CIV. S-04-1930 FCD DAD<br><br>**STIPULATION FOR ISSUANCE OF SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint Filed:  September 16, 2004<br>Trial Date:  Not Yet Set |

**STIPULATION**
**FOR ISSUANCE OF SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**

　　　Plaintiffs Nevada Railroad Materials, LLC, a California limited liability company; Nevada Railroad Materials, Inc, a Nevada corporation, (herein "NRM") and Defendant West Salem Machinery, Inc. (herein "WSM") stipulate to the issuance of a Second Amended Status (Pretrial Scheduling ) Order, a copy of which is attached hereto as Exhibit "A".

　　　Good cause exists for a Second Amended Status (Pretrial Scheduling) Order in that:

　　　(1)　NRM and WSM requested an Amended Status (Pretrial Scheduling) Order to permit the parties, either jointly or individually to arrange for and perform an extended trial run of

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION FOR ISSUANCE OF SECOND AMENDED (PRETRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
tredmon@wilkefleury.com
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for Plaintiff
WEST SALEM MACHINERY CO., INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nevada Railroad Materials, LLC, a California limited liability company; Nevada Railroad Materials, Inc., a Nevada corporation (herein jointly known as "NRM"),<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>West Salem Machinery Co., Inc. (herein known as "WSM"),<br><br>　　　　　Defendant. | No.  CIV. S-04-1930 FCD DAD<br><br>**STIPULATION FOR ISSUANCE OF SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint Filed:  September 16, 2004<br>Trial Date:  Not Yet Set |

**STIPULATION**
**FOR ISSUANCE OF SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**

　　　Plaintiffs Nevada Railroad Materials, LLC, a California limited liability company; Nevada Railroad Materials, Inc, a Nevada corporation, (herein "NRM") and Defendant West Salem Machinery, Inc. (herein "WSM") stipulate to the issuance of a Second Amended Status (Pretrial Scheduling ) Order, a copy of which is attached hereto as Exhibit "A".

　　　Good cause exists for a Second Amended Status (Pretrial Scheduling) Order in that:

　　　(1)　NRM and WSM requested an Amended Status (Pretrial Scheduling) Order to permit the parties, either jointly or individually to arrange for and perform an extended trial run of

PDF created with pdfFactory trial version www.pdffactory.com

1    the hogger and industrial wood chipping system, which is the subject of this action between mid-
2    November through early December of this year;;

3        (2)   Because the hogger and wood chipping system are located outdoors as part of a
4    railroad tie recycling plant most of which is unpaved dirt, the parties were unable to perform the
5    trial run due to early rains and inability to perform the preparation work for the test run;

6        (3)   The inspection and trial-run referenced above may result in the collection of
7    information and data significant to both the settlement efforts of the parties and the opinions and
8    reports of witnesses and experts;

9        (4)   Deferral of the dates for disclosure of experts, service of expert reports and closure
10   of discovery may result in substantial savings to the parties and result in either settlement or a
11   narrowing of the scope of the issues in this case;

12       (5)   Neither party expects to file dispositive motions which could be delayed by the
13   extensions sought by the parties; and

14       (5)   Except as amended herein, the Status (Pretrial Scheduling) Order issued in this
15   matter on March 30, 2005, will remain in full force and effect.

16   DATED:  December 14, 2005                    WILKE, FLEURY, HOFFELT,
17                                                GOULD & BIRNEY, LLP

18
19                                                By: /s/
                                                      THOMAS G. REDMON
20                                                    Attorneys for Defendant
                                                      WEST SALEM MACHINERY CO., INC.

21   DATED:  December 14, 2005                    LAW OFFICES OF DALE W. MAHON
22
23                                                By: /s/
                                                      DALE W. MAHON
24                                                    Attorney for Plaintiffs
                                                      NEVADA RAILROAD MATERIALS, LLC
25                                                    and
                                                      NEVADA RAILROAD MATERIALS, INC.
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

EXHIBIT "A"

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
tredmon@wilkefleury.com
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Plaintiff
WEST SALEM MACHINERY CO., INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nevada Railroad Materials, LLC, a California limited liability company; Nevada Railroad Materials, Inc., a Nevada corporation (herein jointly known as "NRM"),<br><br>                    Plaintiffs,<br><br>vs.<br><br>West Salem Machinery Co., Inc. (herein known as "WSM"),<br><br>                    Defendant. | No. CIV. S-04-1930 FCD DAD<br><br>**SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint Filed:  September 16, 2004<br>Trial Date:  Not Yet Set |

## **SECOND AMENDED STATUS (PRETRIAL SCHEDULING) ORDER**

This matter having come before the Court by Joint Status Report filed March 21, 2005; the Court having issued a Status (Pretrial Scheduling) Order on March 30, 2005; good cause appearing therefor and pursuant to stipulation of all parties, the Status (Pretrial Scheduling) Order previously issued is amended as follows:

1.    PARAGRAPH IV.  DISCOVERY is hereby amended to provide:

All discovery shall be completed by February 24, 2006.  In this context, "completed"

1  means that all discovery shall have been conducted so that all depositions have been taken and
2  any disputes relative to discovery shall have been resolved by appropriate order if necessary and,
3  where discovery has been ordered, the order has been obeyed.  All motions to complete
4  discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of
5  this court.
6          2.      PARAGRAPH V.  DISCLOSURE OF EXPERT WITNESSES is hereby amended
7  to provide:
8          All counsel are to designate in writing, file with the court, and serve upon all other parties
9  the name, address , and area of expertise of each expert that they propose to tender at trial not
10 later than March 17, 2006.  The designation shall be accompanied by a written report prepared
11 and signed by the witness.  The report shall comply with Fed. R. Civ. P. 26(a)(2)(B).  By March
12 31, 2006, any party who previously disclosed expert witnesses may submit a supplemental list of
13 expert witnesses who will express an opinion on a subject covered by an expert designated by an
14 adverse party, if the party supplementing an expert witness designation has not previously
15 retained an expert to testify on that subject.  The supplemental designation shall be accompanied
16 by a written report which shall also comply with the conditions as stated above.
17         2.      Except as amended herein, the Status (Pretrial Scheduling) Order issued in this
18 matter on March 30, 2005, shall remain in full force and effect.
19 DATED: December 15, 2005

                                            /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

196677.1

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

-4-

PDF created with pdfFactory trial version www.pdffactory.com