WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Defendant
WEST SALEM MACHINERY CO., INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nevada Railroad Materials, LLC, a California limited liability company; Nevada Railroad Materials, Inc., a Nevada corporation (herein jointly known as "NRM"),<br><br>          Plaintiffs,<br><br>vs.<br><br>West Salem Machinery Co., Inc. (herein known as "WSM"),<br><br>          Defendant. | No.  CIV. S-04-1930 FCD DAD<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned attorneys, that Plaintiffs' Complaint, shall be dismissed with prejudice and on the merits but without costs or attorneys' fees to either party, and that judgment of dismissal with prejudice and on the merits may be entered hereon pursuant hereto without further notice.

Dated: March 27. 2006

/s/_____
DALE W, MAHON
Attorney for Plaintiffs
NEVADA RAILROAD MATERIALS, INC., etc.

///

///

///

1  Dated: March 28, 2006

2
     /s/
3    THOMAS G. REDMON
     Attorney for Defendant
4    WEST SALEM MACHINERY COMPANY, INC.

5  IT IS SO ORDERED:

6  Dated: March 30, 2006

7
     /s/ Frank C. Damrell Jr.
8    United States District Judge